FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

2012 AUG 23 PM 3: 14

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

    Plaintiff,

                                        Case No. 6:12-cv-00816-ACC-DAB

-v-

HSBC CARD SERVICES, INC.,

    Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [D.E. 1] AND MEMORANDUM OF LAW

Plaintiff, Larry Rumbough, hereby responds to Defendant's Motion to Dismiss Plaintiff's Complaint [D.E. 1] and Memorandum of Law, and states:

1. Plaintiff believes that his Complaint is not subject to dismissal. However, if the Court determines that his Complaint is deficient, Plaintiff requests that he be allowed to amend it.

2. HSBC is not seeking the dismissal with prejudice of the Complaint.

3. Plaintiff respectfully requests that the Court take notice of the well-pleaded allegations of the *pro se* Plaintiff's complaint, which this Court must accept as true at this juncture of the proceedings, and which, in light of the Plaintiff's *pro se* status, the Court must hold to a less stringent standard than formal pleadings drafted by an attorney and construe liberally. See Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 596, 30 L.Ed. 2d 652 (1972).

WHEREFORE, Plaintiff requests that the Court deny Defendant's Motion to Dismiss, or in the alternative, allow Plaintiff to amend his Complaint.

Dated: August 23, 2012

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 23rd day of August, 2012 by U.S. Mail delivery to:

Jason Daniel Joffe
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401


*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859