**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No. 6:12-cv-00816-ACC-DAB**

LARRY RUMBOUGH,

      Plaintiff,

vs.

HSBC CARD SERVICES, INC.,

      Defendant.

_____/

**HSBC CARD SERVICES, INC.'S AGREED MOTION TO APPEAR TELEPHONICALLY**
**AT CASE MANAGEMENT CONFERENCE**

     HSBC Card Services Inc. ("HSBC") files this Motion to Appear Telephonically at the parties' Case Management Conference, and states as follows:

     1.     Undersigned counsel and *pro se* plaintiff, Larry Rumbough, have coordinated a date for the required case management conference.

     2.     The case management conference is tentatively set for September 7, 2012.

     3.     Undersigned counsel resides in South Florida and is expecting the birth of a child during the week of September 3, 2012.

     4.     Undersigned counsel seeks leave from the Court to attend the case management conference telephonically so as to minimize the possibility that he will be out-of-town during the birth of his child.

1

## CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 3.01(g)

Undersigned counsel certifies that he has conferred with *pro se* plaintiff, Larry Rumbough, and that Mr. Rumbough AGREES to the relief requested in this motion.

WHEREFORE, HSBC Card Services, Inc. respectfully requests an Order from this Court permitting undersigned counsel, Jason Daniel Joffe, to attend the tentatively scheduled September 7, 2012 case management conference telephonically.

Dated: August 31, 2012            Respectfully Submitted,

SQUIRE SANDERS (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone: 561.650.7200
Facsimile: 561.655.1509


By:    */s/ Jason Daniel Joffe*
       Jason Daniel Joffe
       Florida Bar No. 0013564
       jason.joffe@squiresanders.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August 2012, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically transmit notice via Notices of Electronic Filing generated by CM/ECF.  The foregoing was also served on Plaintiff, Larry Rumbough, via US Mail at the following address:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

                      */s/ Jason Daniel Joffe_____*