# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

        Petitioner,

v.                                       Case No:  6:12-cv-816-Orl-22DAB

**HSBC CARD SERVICES, INC.,**

        Defendant.

_____

## ORDER

The Plaintiff is directed to show cause by a written response filed within fourteen days why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05, and shall file the Case Management Report. Failure to respond may result in a dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 22, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties