**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff,

                                                     Case No. 6:12-cv-00816-ACC-DAB

-v-

HSBC CARD SERVICES, INC.

**RESPONSE TO ORDER TO SHOW CAUSE AND
NOTICE OF IMPENDING SETTLEMENT**

      The parties have been in settlement negotiations that have resulted a settlement of almost all issues but the language of the settlement release documents that are now being finalized. The Parties did meet and came to full agreement on the Case Management Report but did not file is as just before the due date they reached this tentative settlement that Plaintiff fully expects to result in a dismissal of this case to be filed within the next few weeks.

Respectfully Submitted,


___s/ J. Marshall Giljmore_____
J. Marshall Gilmore, Esq.
 (Florida Bar No. 840181)
J. Marshall Gilmore, P.A.
1936 Lee Road, Suite 100
Winter Park, FL 32789
Ph:  (407) 629-7322
Fax:  (407) 599-3801
Email:  mgilmore@mgilmorelaw.com
***Counsel for Plaintiff Rumbough***

[Type text]

- 2 -

. **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 5th day of November, 2012 by CM/ECF system


___s/ J. Marshall Gilmore_____
J. Marshall Gilmore, Esq.

ATI-2531113v3