**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

       Petitioner,

v.                                                  **Case No: 6:12-cv-816-Orl-22DAB**

**HSBC CARD SERVICES, INC.,**

       Defendant.

---

**ORDER OF DISMISSAL**

      The Court has been advised by the Plaintiff that the above-styled action has been settled (Doc. No. 15). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

      **DONE** and **ORDERED** in Chambers in Orlando, Florida on November 6, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

- 2 -

Counsel of Record